In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-05-395 CR


NO. 09-05-396 CR


____________________



RICKEY LENN GUILLORY, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the Criminal District Court


Jefferson County, Texas


Trial Cause Nos. 95405 and 95406






MEMORANDUM OPINION


 Rickey Lenn Guillory was convicted of the felony offense of theft in Cause Nos.
95405 and 95406. Guillory filed notice of appeal on August 26, 2005. In each case, the
trial court entered a certification of the defendant's right to appeal in which the court
certified that this is a plea-bargain case, and the defendant has no right of appeal. See
Tex. R. App. P. 25.2(a)(2). The trial court's certifications have been provided to the
Court of Appeals by the district clerk.

 On September 7, 2005, we notified the parties that the appeals would be dismissed
unless amended certifications were filed within thirty days of the date of the notices and
made a part of the appellate records. See Tex. R. App. P. 37.1. The records have not
been supplemented with amended certifications. Because a certification that shows the
defendant has the right of appeal has not been made part of the record, the appeals must
be dismissed. See Tex. R. App. P. 25.2(d).

 Accordingly, we dismiss the appeals for want of jurisdiction.

 APPEALS DISMISSED.

 ___________________________

 STEVE McKEITHEN

 Chief Justice


Opinion Delivered November 16, 2005

Do Not Publish

Before McKeithen, C.J., Gaultney and Kreger, JJ.